FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 MAR 27 A 8: 53

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 1:17MJ 140 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Court Date: April 6, 2017 |
| JAMES ADAIRE WIGGLETON ) | Pentagon Docket |
| ) | |
| ) | |

CRIMINAL INFORMATION
(Count 1 CLASS A MISDEMEANOR- 6494471)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 17, 2017, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMES ADAIRE WIGGLETON, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844).

(Count 2 - CLASS B PETTY- 6494469)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 17, 2017, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMES ADAIRE WIGGLETON, did knowingly and unlawfully fail to obey a lawfully erected traffic control device, to wit: the defendant failed to stop at a clearly posted stop sign at the intersection of Boundary Channel Drive and the North Rt 27 Access Road.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(a) adopting Title 46.2 VA Code, Section 830)

(Count 3- CLASS B PETTY- 6494470)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 17, 2017, on the Pentagon Reservation, in the Eastern District of Virginia, the defendant, JAMES ADAIRE WIGGLETON, did knowingly and unlawfully transport and store in his vehicle, a bottle of Tequila containing a broken seal, the contents of which having been partially removed.

(In violation of Title 32, Code of Federal Regulations, Section 234.17(b)((2).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: *(signature)*

Paul A. Embroski
Special Assistant U.S. Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-693-7374
paul.a.embroski.civ@mail.mil

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant at his address of record on the 23rd day of March, 2017.

Paul A. Embroski
Special Assistant US Attorney